# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2014

### NO. 03-14-00213-CV

**Edward M. Edson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on November 5, 2013. The State of Texas has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.